**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD GOTSHALK, | No. C 06-80180 WHA |
| Plaintiff, | |
| v. | **ORDER REFERRING CASE TO MAGISTRATE JUDGE** |
| LANCE R. DALTON, | |
| Defendant. | |

It is hereby ordered that this case is referred for assignment to a Magistrate Judge for all proceedings regarding the Application and Order for Appearance and Examination.

**IT IS SO ORDERED.**

Dated: November 8, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE